IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-2171-JLK-MJW

BRENDA NIAVE,

    Plaintiff,

v.

TSA STORES, INC., D/B/A The Sports
Authority, Inc., a Delaware Corporation,

    Defendant.

___

**ORDER OF DISMISSAL WITH PREJUDICE**
___

This matter is before the Court on the Parties' Stipulated Dismissal with Prejudice, filed as a motion (doc. #33) on March 2, 2010. The motion is GRANTED. It is

ORDERED that this action is DISMISSED WITH PREJUDICE. All settings in this matter are VACATED.

DATED this 2nd day of March, 2010.

                                          *s/John L. Kane*
                                          United States District Judge